# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANITA AJAVON,** | : | **CIVIL ACTION** |
| **THEOPHILUS THOMAS** | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | No. 20-933 |
| | : | |
| **L. FRANCIS CISSNA, Director** | : | |
| **U.S.C.I.S.,** | : | |
| **CHAD WOLF, Acting Secretary** | : | |
| **Department of Homeland Security** | : | |
| *Defendants.* | : | |

# <u>ORDER</u>

**AND NOW**, this **8th** day of **May 2020**, it is **ORDERED** that Defendants' Unopposed Motion to Dismiss as Moot, ECF No. 4, is hereby **GRANTED**. The Complaint is dismissed as **MOOT**. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**